# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CALVIN DEWAYNE TAYLOR                                                                PETITIONER
*REG #32707-009*

V.                              CASE NO. 4:23-cv-00427-BRW-JTK

DOE                                                                                                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 14th day of November, 2024.

                                                                BILLY ROY WILSON
                                                                UNITED STATES DISTRICT JUDGE